# UNITED STATES DISTRICT COURT
## District of Minnesota

Cristian Cortez Celis

Petitioner(s),

v.

Kristi Noem, David Easterwood, Todd M. Lyons, Pamela Bondi, Warden, Executive Office for Immigration Review

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00793-NEB-DLM

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED. The Court:

   a. DECLARES that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary authority of 8 U.S.C. § 1226;

   b. ORDERS that Respondents release Petitioner from custody **in Minnesota** as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after entry of this Order;

   c. ORDERS that Respondents immediately transfer Petitioner to Minnesota and release him in Minnesota with all his personal effects, including all personal property seized during his arrest such as, but not limited to, immigration paperwork; and

   d. ORDERS that, within **two days** of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

Date: 1/31/2026

KATE M. FOGARTY, CLERK